UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOTU T. OSOTONU, | Case No. 17-cv-03807-MEJ |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| LICHAU, | |
| Defendant. | |

The Court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 13, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge